No. 79–1806. Bisso Towboat Co. *v.* Bazile. C. A. 5th Cir. Certiorari denied.

No. 79–1808. Bonfoey *v.* Equitable Life Assurance Society of the United States. C. A. 5th Cir. Certiorari denied.

No. 79–1811. Doe et al. *v.* Irwin et al. C. A. 6th Cir. Certiorari denied.

No. 79–1813. Webb et al. *v.* United States; and

No. 79–6782. Johns *v.* United States. C. A. 5th Cir. Certiorari denied. Reported below: 615 F. 2d 672.

No. 79–1815. Salob *v.* Ambach, Commissioner of Education of New York, et al. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 79–1817. Nelipowitz *v.* Christo et al. C. A. 2d Cir. Certiorari denied.

No. 79–1818. Beacon National Insurance Co. et al. *v.* Texas State Board of Insurance et al. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 79–1821. Kesler *v.* Indiana Supreme Court Disciplinary Commission. Sup. Ct. Ind. Certiorari denied.

No. 79–1823. Northfield Cheese Co. *v.* National Labor Relations Board. C. A. 3d Cir. Certiorari denied.

No. 79–1824. Mallow et al. *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 79–1828. Pavilonis *v.* King, Governor of Massachusetts, et al.; and Pavilonis *v.* Secretary of Education. C. A. 1st Cir. Certiorari denied.